IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DANIEL T. PARDEE, JR.,

    Plaintiff,

v.                                                                 Civil Action No. **3:13CV703**

**CONMED HEALTHCARE MANAGEMENT,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on November 8, 2013, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he relocated or was released. On November 30, 2015, the United States Postal Service returned a Memorandum Opinion and Order entered on November 12, 2015 to the Court marked, "RETURN TO SENDER" and "not here." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                             /s/
                                                  James R. Spencer
Date: 12-14-15                         Senior U. S. District Judge
Richmond, Virginia